THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
Sanad LLC
(sued herein as "Sanad LLC dba Quick Shop N Go")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Dozier,<br><br>    Plaintiff,<br><br>vs.<br><br>Sanad LLC dba Quick Shop N Go;<br><br>    Defendants. | Case No. 1:23-cv-00267-SKO<br><br>**Stipulation and Order to Extend Time for Defendant to Respond to Initial Complaint to June 12, 2023**<br><br>**(Doc. 7)**<br><br>**[L.R. 144]**<br><br>Complaint served: 3/3/2023<br>Current response date: 4/28/2023<br>New response date: 6/12/2023 |

   IT IS HEREBY STIPULATED by and between Plaintiff Lee Dozier ("Plaintiff") and Defendant Sanad LLC (sued herein as "Sanad LLC dba Quick Shop N Go") ("Defendant") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

   1. Plaintiff agrees to give Defendant an extension of time to respond to the Complaint.

   2. The original due date for Defendant to respond to the Complaint was on March 31, 2023. The Parties thereafter agreed to extend the due date to April 28, 2023 to investigate the case and facilitate settlement discussions, and filed a stipulation with the Court memorializing same.

3. The Parties have engaged in such settlement discussions with success, and the Parties are now in the process of preparing a written settlement agreement.

4. In light of the foregoing, it is agreed and stipulated that the new due date for Defendant to respond to the Complaint will be June 12, 2023.  This extension of time is Defendant's second extension and does not alter the date of any event or deadline already fixed by Court order.

The Parties jointly request that the Court enter an Order consistent with the foregoing.  Good cause exists for this extension for the purpose of reducing fees and costs, as counsel have engaged in settlement negotiations that have advanced to the stage of a written settlement agreement being prepared, and believe that the additional time that will be afforded by the requested extension of time will allow the Parties to finalize the settlement of this matter and avoid the incurring of unnecessary fees and costs by the Parties and the needless expenditure of judicial resources in connection with this matter.

DATED:  4/28/2023                     **LAW OFFICE OF RICK MORIN, PC**

By:      /s/ Richard Morin
     Richard Morin, Esq.
     Attorneys for Plaintiff
     Lee Dozier

DATED:  4/28/2023                     **THE KARLIN LAW FIRM LLP**

By:      /s/ Rex T. Reeves
     Rex T. Reeves, Esq.
Attorneys for Defendant
Sanad LLC
(sued herein as "Sanad LLC dba Quick Shop N Go")

**ORDER**

The Court, having considered the parties' foregoing Stipulation to Extend Time for Defendant to Respond to the Initial Complaint to June 12, 2023 (the "Stipulation") (Doc. 7), and good cause appearing, hereby grants the Stipulation.  Defendants' responsive pleading deadline shall be extended from April 28, 2023, to June 12, 2023.

IT IS SO ORDERED.

Dated:   **April 28, 2023**                             /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

**SIGNATURE ATTESTATION**

I, Rex T. Reeves, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing using their /s/ electronic signature, as authorized on the date next to their /s/ signature.

DATED:  4/28/2023

                                        By: /s/ Rex T. Reeves
                                            Rex T. Reeves, Esq.