UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANAD LLC,<br><br>　　　　Defendant. | No. 1:23-cv-00267-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(Doc. 9) |

　　　　On June 15, 2023, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Case with Prejudice," in which Plaintiff notifies the Court that this case is voluntarily dismissed with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:　**June 16, 2023**　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE